

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

EDWARD NATHANIEL BELL,

    Plaintiffs,

v.

GENE M. JOHNSON, et al.,

    Defendant.

Action No. 3:08-CV-578

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Discovery Rule 35 Physical Examination (Docket No. 10), filed November 7, 2008. Plaintiff asks this Court to compel the Virginia Department of Corrections ("VDOC") to allow a physical examination by Plaintiff's family physician of a growth on the back of Plaintiff's head.

Upon due consideration, the Motion is hereby GRANTED only to the extent necessary to allow for Plaintiff's physical examination by a dermatological specialist cleared by the VDOC.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                              /s/
                        James R. Spencer
                        Chief United States District Judge

ENTERED this 14th day of January 2009