IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| EDWARD NATHANIEL BELL, | Case No. 3:08-cv-578 |
| Plaintiff, | |
| v. | |
| GENE M. JOHNSON, Director, *Et al.* | |

## STIPULATION OF DISMISSAL

James G. Connell, III, counsel for Plaintiff Edward Nathaniel Bell, moves this honorable Court to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and this Stipulation of Dismissal, as Mr. Bell was executed by the Commonwealth of Virginia on February 19, 2009.

Respectfully submitted this 18th day of March, 2009.

EDWARD NATHANIEL BELL

James G. Connell, III
Counsel for Edward N. Bell
VSB No. 40790
Devine, Connell & Sheldon, P.L.C.
10621 Jones Street
Suite 301A
Fairfax, VA 22030
(O) (703) 691-8410
(M) (703) 623-8410
(F) (703) 251-0757
jgc3@devineconnell.com

I agree with this dismissal:

_____
Richard C. Vorhis, SAAG, VSB #23170
Attorney for Defendants
Office of the Attorney General
Public Safety and Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-4805
Fax: 804-786-4239
rvorhis@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard C. Vorhis
Office of the Attorney General
Public Safety and Enforcement Division
900 East Main Street
Richmond, Virginia 23219
rvorhis@oag.state.va.us


_____/s/_____
James G. Connell, III
Counsel for Edward N. Bell
VSB No. 40790
Devine, Connell & Sheldon, P.L.C.
10621 Jones Street
Suite 301A
Fairfax, VA 22030
(O) (703) 691-8410
(M) (703) 623-8410
(F) (703) 251-0757
jgc3@devineconnell.com